

# IN THE
# TENTH COURT OF APPEALS

───────────────

## No. 10-16-00446-CV

**JAY PARKER AND LINDSEY PARKER,**

                                               **Appellants**

 **v.**

**GLENN WEBER,**

                                               **Appellee**

───────────────

### From the 74th District Court
### McLennan County, Texas
### Trial Court No. 2015-2039-3

───────────────

# O R D E R

───────────────

On March 5, 2018 a document entitled "Appellee's Suggestion of Death" was filed. The document was filed by Christopher Wayne Weber, Independent Executor of the Estate of Glenn Weber. Citing Texas Rule of Civil Procedure 151, he requests the Court name him as Appellee. *See* TEX. R. CIV. P. 151. To the extent that the suggestion of death could be considered a motion, it is denied. *See* TEX. R. APP. P. 7.1(a). The appeal will remain styled as it was docketed, and the Court "will proceed to adjudicate the appeal as if all parties were alive." *Id.*

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed April 18, 2018

